UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: LASSANDRO, NICHOLAS T, JR. § Case No. 13-81996
      LASSANDRO, EREKA B § 
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 31, 2013. The undersigned trustee was appointed on June 12, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $ _____17,108.22_____

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 25.32 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 7,108.22 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 9,974.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing non-governmental claims in this case was 09/26/2014 and the deadline for filing governmental claims was 11/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/02/2014        By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81996
**Case Name:** LASSANDRO, NICHOLAS T, JR.
LASSANDRO, EREKA B
**Period Ending:** 10/03/14

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 05/31/13 (f)
**§341(a) Meeting Date:** 07/08/13
**Claims Bar Date:** 09/26/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9148 Kipling Way, Machesney Park, IL | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 3 | Blackhawk Bank checking | 250.00 | 1,456.80 | | 0.00 | FA |
| 4 | Household goods and furnishings<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 401K<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 401K<br>Imported from original petition Doc# 1 | 17,503.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 Chevy Taverse 65,000 miles | 22,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Chevy Silverado 38,000 miles<br>Imported from original petition Doc# 1 | 9,000.00 | 6,600.00 | | 5,000.00 | FA |
| 11 | Three computers<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 12 | STOCK AND BUSINESS INTERESTS (u)<br>Nicholas has a 50% interest in NTL Buiders. This business owned 3 parcels of real estate in 2012: 2115 Windsor Rd LP, 2020 Colorado Rkfd, 377 Orleans Lake Summerset. Also appears to selling 1661 & 1741 lots on contract | 100.00 | 0.00 | | 0.00 | FA |
| 13 | STOCK AND BUSINESS INTERESTS (u)<br>Lawn Force Landscaping LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Other Personal Property (unscheduled) (u)<br>May 7, 2013 preference payment to Nicholas Lassandro's mother for $4,000. Other potential preference payments to mother unknown. | 0.00 | Unknown | | 5,000.00 | FA |
| 15 | TAX REFUNDS (u)<br>2013 Federal & State tax refunds. | 0.00 | 7,108.22 | | 0.00 | FA |

Printed: 10/03/2014 08:36 AM   V.13.15

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-81996
Case Name: LASSANDRO, NICHOLAS T, JR.
LASSANDRO, EREKA B
Period Ending: 10/03/14

Trustee: (330490) MEGAN G. HEEG
Filed (f) or Converted (c): 05/31/13 (f)
§341(a) Meeting Date: 07/08/13
Claims Bar Date: 09/26/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15    Assets    Totals (Excluding unknown values) | $223,983.00 | $15,165.02 | | $10,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    January 30, 2015       Current Projected Date Of Final Report (TFR):    October 3, 2014 (Actual)

Printed: 10/03/2014 08:36 AM    V.13.15

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-81996 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | LASSANDRO, NICHOLAS T, JR. | | Bank Name: | Rabobank, N.A. |
| | LASSANDRO, EREKA B | | Account: | ******2066 - Checking Account |
| Taxpayer ID #: | **-***6870 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/03/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/14 | | United States Treasury | 2013 tax refund | 1124-002 | 7,108.22 | | 7,108.22 |
| 08/22/14 | 101 | NICHOLAS T. LASSANDRO JR. and EREKA LASSANDRO | return of tax refund pursuant to settlement agreement and debtors amended exemption claims | 8100-002 | | 7,108.22 | 0.00 |
| 08/27/14 | | Nicholas and Ereka Lassandro | settlement per 8/29/14 Order | | 10,000.00 | | 10,000.00 |
| | {10} | | | 5,000.00 | 1129-000 | | 10,000.00 |
| | {14} | | | 5,000.00 | 1229-000 | | 10,000.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,974.68 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 17,108.22 | 7,133.54 | $9,974.68 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | Subtotal | | 17,108.22 | 7,133.54 | |
| | Less: Payments to Debtors | | | 7,108.22 | |
| | NET Receipts / Disbursements | | $17,108.22 | $25.32 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2066 | 17,108.22 | 25.32 | 9,974.68 |
| | $17,108.22 | $25.32 | $9,974.68 |

{} Asset reference(s)                                                                   Printed: 10/03/2014 08:36 AM    V.13.15

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:   13-81996   LASSANDRO, NICHOLAS T, JR.

| Case Balance: | $9,974.68 | Total Proposed Payment: | $9,974.68 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,974.68 |
| NOTFILED | Midwest Title Loans | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,974.68 |
| NOTFILED | Mortgage Service Center | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,974.68 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 159.40 | 159.40 | 0.00 | 159.40 | 159.40 | 9,815.28 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 4,100.00 | 4,100.00 | 0.00 | 4,100.00 | 4,100.00 | 5,715.28 |
| | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 | 1,750.00 | 3,965.28 |
| 1 | Quantum3 Group LLC as agent for | Unsecured | 2,235.16 | 2,235.16 | 0.00 | 2,235.16 | 225.41 | 3,739.87 |
| 2 | PYOD, LLC its successors and assigns as assignee | Unsecured | 5,891.73 | 5,891.73 | 0.00 | 5,891.73 | 594.17 | 3,145.70 |
| 3 | Quantum3 Group LLC as agent for | Unsecured | 9,083.35 | 9,083.35 | 0.00 | 9,083.35 | 916.03 | 2,229.67 |
| 4 | Medical Dental Hospital Bureau | Unsecured | 810.00 | 810.00 | 0.00 | 810.00 | 81.69 | 2,147.98 |
| 5 | Portfolio Recovery Associates, LLC | Unsecured | 2,459.82 | 2,459.82 | 0.00 | 2,459.82 | 248.07 | 1,899.91 |
| 6 | Portfolio Recovery Associates, LLC | Unsecured | 7,800.65 | 7,800.65 | 0.00 | 7,800.65 | 786.68 | 1,113.23 |
| 7 | Portfolio Recovery Associates, LLC | Unsecured | 11,038.81 | 11,038.81 | 0.00 | 11,038.81 | 1,113.23 | 0.00 |
| NOTFILED | AAM, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blitt and Gaines | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citibank Sd, Na | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Comenity Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cranial Technologies | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 13-81996  LASSANDRO, NICHOLAS T, JR.

| Case Balance: | $9,974.68 | Total Proposed Payment: | $9,974.68 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Creditors Protection | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | David C Leum | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gecrb/torocn | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Genpact Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hartsough Dermatology | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Illinois Pathologist Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | James Stevens | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | M. Asim Mustafa, M.D. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | North Shore Agency | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | OB/Gyne Associates of Rockford | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | OSF St Anthony Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Portfolio Recovery | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Portfolio Recovery | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Proactiv | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rockford Anesthesiologists | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rockford Eye & Laser | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rockford Health Physicians | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rockford Mercantile | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rockford Radiology | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TRS Recovery Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Cash Store | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case: 13-81996   LASSANDRO, NICHOLAS T, JR.

| Case Balance: | $9,974.68 | Total Proposed Payment: | $9,974.68 | Remaining Balance: | $0.00 | | |
|---|---|---|---|---|---|---|---|
| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| NOTFILED | Transworld Systems, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wfnnb/tsa | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total for Case 13-81996 : | | $45,328.92 | $45,328.92 | $0.00 | $45,328.92 | $9,974.68 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,009.40 | $6,009.40 | $0.00 | $6,009.40 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $39,319.52 | $39,319.52 | $0.00 | $3,965.28 | 10.084762% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-81996
Case Name: LASSANDRO, NICHOLAS T, JR.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 9,974.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,974.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 4,100.00 | 0.00 | 4,100.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 159.40 | 0.00 | 159.40 |

Total to be paid for chapter 7 administration expenses: $ 6,009.40
Remaining balance: $ 3,965.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,965.28

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $     0.00
Remaining balance:  $     3,965.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,319.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 2,235.16 | 0.00 | 225.41 |
| 2 | PYOD, LLC its successors and assigns as assignee | 5,891.73 | 0.00 | 594.17 |
| 3 | Quantum3 Group LLC as agent for | 9,083.35 | 0.00 | 916.03 |
| 4 | Medical Dental Hospital Bureau | 810.00 | 0.00 | 81.69 |
| 5 | Portfolio Recovery Associates, LLC | 2,459.82 | 0.00 | 248.07 |
| 6 | Portfolio Recovery Associates, LLC | 7,800.65 | 0.00 | 786.68 |
| 7 | Portfolio Recovery Associates, LLC | 11,038.81 | 0.00 | 1,113.23 |

Total to be paid for timely general unsecured claims:  $     3,965.28
Remaining balance:  $     0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)