**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: LASSANDRO, NICHOLAS T, JR.<br>        LASSANDRO, EREKA B<br><br>Debtor(s) | § Case No. 13-81996<br>§<br>§<br>§ |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    U.S. Bankruptcy Court
    Stanley J. Rozkowski U.S. Courthouse
    327 S. Church Street
    Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/17/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/02/2014          By:  /s/MEGAN G. HEEG
                                 ──────────────────────
                                         Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: LASSANDRO, NICHOLAS T, JR.  § Case No. 13-81996
      LASSANDRO, EREKA B          §
                                   §
Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,108.22 |
| *and approved disbursements of* | $ 7,133.54 |
| *leaving a balance on hand of* [1] | $ 9,974.68 |
| **Balance on hand:** | $ 9,974.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,974.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 4,100.00 | 0.00 | 4,100.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 159.40 | 0.00 | 159.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,009.40 |
| Remaining balance: | $ 3,965.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $ 0.00
    Remaining balance: $ 3,965.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $ 0.00
    Remaining balance: $ 3,965.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,319.52 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 2,235.16 | 0.00 | 225.41 |
| 2 | PYOD, LLC its successors and assigns as assignee | 5,891.73 | 0.00 | 594.17 |
| 3 | Quantum3 Group LLC as agent for | 9,083.35 | 0.00 | 916.03 |
| 4 | Medical Dental Hospital Bureau | 810.00 | 0.00 | 81.69 |
| 5 | Portfolio Recovery Associates, LLC | 2,459.82 | 0.00 | 248.07 |
| 6 | Portfolio Recovery Associates, LLC | 7,800.65 | 0.00 | 786.68 |
| 7 | Portfolio Recovery Associates, LLC | 11,038.81 | 0.00 | 1,113.23 |

    Total to be paid for timely general unsecured claims: $ 3,965.28
    Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:                                     $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $           0.00
Remaining balance:                         $           0.00


Prepared By: /s/MEGAN G. HEEG
                                            Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-81996-TML
Nicholas T Lassandro, Jr.                                               Chapter 7
Ereka B Lassandro
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave               Page 1 of 2                  Date Rcvd: Oct 16, 2014
                              Form ID: pdf006               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2014.
db/jdb         +Nicholas T Lassandro, Jr.,    Ereka B Lassandro,    9148 Kipling Way,
                 Machesney Park, IL 61115-7640
20552837       +AAM, Inc,    330 Georgetown Square, Suite 104,    Wood Dale, IL 60191-1890
20552838       +Alpine Bank & Trust Co,    1700 N Alpine Rd,    Rockford, IL 61107-1459
20552839       +Blitt and Gaines,    661 Glenn Ave,   Wheeling, IL 60090-6017
20552841      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     PO Box 20507,    Kansas City, MO 64195)
20552840       +Chase,    P.o. Box 15298,   Wilmington, DE 19850-5298
20552842       +Comenity Bank,    PO Box 182124,   Columbus, OH 43218-2124
20552843       +Cranial Technologies,    1395 W Auto Drive,    Tempe, AZ 85284-1026
20552845       +David C Leum,    6861 Thomas Pkwy,   Rockford, IL 61114-8193
20552848       +Fifth Third Bank,    1830 E Paris Ave,   Grand Rapids, MI 49546-8803
20552851       +Genpact Services,    PO Box 1969,   Southgate, MI 48195-0969
20552852       +Hartsough Dermatology,    7402 E Riverside Blvd,    Loves Park, IL 61111-5630
20552853       +Illinois Pathologist Services,    PO Box 9846,    Peoria, IL 61612-9846
20552854       +James Stevens,    6833 Stalter Drive,   Rockford, IL 61108-2579
20552855       +M. Asim Mustafa, M.D.,    461 N Mulford Rd Suite 12,    Rockford, IL 61107-5165
22396829        Medical Dental Hospital Bureau,    7834 N Second St Unit 5,    Machesney Park, IL 61115-2871
22230031       +Midwest Title Loans,    4231 E. State Street,    Rockford, IL 61108-2009
22230032        Mortgage Service Center,    PO Box 5465,   Mount Laurel, NJ 08054
20552856        Mortgage Service Center,    PO Box 5465,   Mt Laurel, NJ 08054
20552857       +North Shore Agency,    9525 Sweet Valley Dr Bldg A,    Cleveland, OH 44125-4237
20552858       +OB/Gyne Associates of Rockford,    6030 Garrett Lane,    Rockford, IL 61107-6637
20552859       +OSF St Anthony Medical Center,    7125 Solution Center,    Chicago, IL 60677-7001
20552862      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     PO Box 12903,    Norfolk, VA 23541)
20552860       +Pentagroup,    PO Box 742209,   Houston, TX 77274-2209
20552863       +Proactiv,    PO Box361448,   Des Moines, IA 50336-1448
20552864       +Rockford Anesthesiologists,    PO Box 4569,    Rockford, IL 61110-4569
20552865       +Rockford Eye & Laser,    6785 Weaver Rd Suite D,    Rockford, IL 61114-8057
20552866       +Rockford Health Physicians,    Dept 4701,    Carol Stream, IL 60122-0001
20552867       +Rockford Mercantile,    2502 S. Alpine Rd,   Rockford, IL 61108-7813
20552868       +Rockford Radiology,    PO Box 1790,   Brookfield, WI 53008-1790
20552869       +Rockford Surgical Service,    5668 E State St Suite 1000,    Rockford, IL 61108-2464
20552872       +TRS Recovery Services,    PO Box 60022,   City of Industry, CA 91716-0022
20552846      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     PO Box 108,    Saint Louis, MO 63166)
20552873       +Wfnnb/tsa,    PO Box 182685,   Columbus, OH 43218-2685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20552870        E-mail/Text: bankruptcy@cottonwoodfinancial.com Oct 17 2014 01:38:19      The Cash Store,
                 6501 N 2nd Street,    Loves Park, IL 61111
20552844       +E-mail/Text: aquist@creditorsprotection.com Oct 17 2014 01:47:10      Creditors Protection,
                 202 W State St Suite 300,    Rockford, IL 61101-1163
20552848       +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 17 2014 01:47:06      Fifth Third Bank,
                 1830 E Paris Ave,    Grand Rapids, MI 49546-8803
20552849       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2014 01:43:06      Gecrb/gap,    Po Box 981400,
                 El Paso, TX 79998-1400
20552850       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2014 01:41:22      Gecrb/torocn,    Po Box 965036,
                 Orlando, FL 32896-5036
22124201       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2014 01:41:30
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22357468        E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2014 01:38:55
                 Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA 98083-0788
22121054        E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2014 01:38:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
20552871       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 17 2014 01:39:40      Transworld Systems, Inc,
                 PO Box 15520,    Wilmington, DE 19850-5520
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22230030*      +Fifth Third Bank,    1830 E. Paris Avenue,   Grand Rapids, MI 49546-8803
20552861*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     PO Box 12914,    Norfolk, VA 23541)
22437851*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to GE CAPITAL RETAIL BANK,    (GAP),    POB 41067,    Norfolk VA 23541)
22443009*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to U.S. BANK NATIONAL ASSOCIAT,    PO Box 41067,    Norfolk, VA 23541)
20552847*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     PO Box 108,    St Louis, MO 63166)
```

```
District/off: 0752-3          User: kkrystave             Page 2 of 2              Date Rcvd: Oct 16, 2014
                              Form ID: pdf006             Total Noticed: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
                                                                          TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2014 at the address(es) listed below:
          Bernard J Natale    on behalf of Debtor Nicholas T Lassandro, Jr. natalelaw@bjnatalelaw.com
          Bernard J Natale    on behalf of Joint Debtor Ereka B Lassandro natalelaw@bjnatalelaw.com
          Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor   PHH Mortgage Corporation ND-Two@il.cslegal.com
                                                                                         TOTAL: 6
```