**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: LASSANDRO, NICHOLAS T, JR. § Case No. 13-81996 | |
| LASSANDRO, EREKA B § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $214,983.00         Assets Exempt: $32,188.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,965.28     Claims Discharged
                                               Without Payment: $61,539.24

Total Expenses of Administration: $6,034.72

3) Total gross receipts of $ 17,108.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,108.22 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $194,427.42 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,034.72 | 6,034.72 | 6,034.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,470.00 | 39,319.52 | 39,319.52 | 3,965.28 |
| **TOTAL DISBURSEMENTS** | $259,897.42 | $45,354.24 | $45,354.24 | $10,000.00 |

4) This case was originally filed under Chapter 7 on May 31, 2013. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2015          By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 tax refund | 1124-002 | 7,108.22 |
| 2008 Chevy Silverado 38,000 miles | 1129-000 | 5,000.00 |
| Other Personal Property (unscheduled) | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,108.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NICHOLAS T. LASSANDRO JR. and EREKA LASSANDRO | return of tax refund pursuant to settlement agreement and debtors amended exemption claims | 8100-002 | 7,108.22 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,108.22** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Midwest Title Loans | 4110-000 | 5,576.42 | N/A | N/A | 0.00 |
| NOTFILED | Mortgage Service Center | 4110-000 | 165,495.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 23,356.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$194,427.42** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 4,100.00 | 4,100.00 | 4,100.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 159.40 | 159.40 | 159.40 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.32 | 15.32 | 15.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,034.72 | $6,034.72 | $6,034.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,235.16 | 2,235.16 | 225.41 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 5,891.00 | 5,891.73 | 5,891.73 | 594.17 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 9,083.00 | 9,083.35 | 9,083.35 | 916.03 |
| 4 | Medical Dental Hospital Bureau | 7100-000 | 810.00 | 810.00 | 810.00 | 81.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 2,459.00 | 2,459.82 | 2,459.82 | 248.07 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 9,140.00 | 7,800.65 | 7,800.65 | 786.68 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 11,902.00 | 11,038.81 | 11,038.81 | 1,113.23 |
| NOTFILED | Proactiv | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF St Anthony Medical Center | 7100-000 | 2,457.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Agency | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | OB/Gyne Associates of Rockford | 7100-000 | 518.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Anesthesiologists | 7100-000 | 397.00 | N/A | N/A | 0.00 |
| NOTFILED | The Cash Store | 7100-000 | 2,260.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Eye & Laser | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| NOTFILED | TRS Recovery Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/tsa | 7100-000 | 2,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | M. Asim Mustafa, M.D. | 7100-000 | 34.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology | 7100-000 | 169.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| NOTFILED | Hartsough Dermatology | 7100-000 | 777.00 | N/A | N/A | 0.00 |
| NOTFILED | James Stevens | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | 4,824.00 | N/A | N/A | 0.00 |
| NOTFILED | AAM, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blitt and Gaines | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,087.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/torocn | 7100-000 | 418.00 | N/A | N/A | 0.00 |
| NOTFILED | Genpact Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David C Leum | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 4,341.00 | N/A | N/A | 0.00 |
| NOTFILED | Cranial Technologies | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank | 7100-000 | 2,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Pathologist Services | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$65,470.00** | **$39,319.52** | **$39,319.52** | **$3,965.28** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81996  
**Case Name:** LASSANDRO, NICHOLAS T, JR.  
LASSANDRO, EREKA B  
**Period Ending:** 01/13/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/31/13 (f)  
**§341(a) Meeting Date:** 07/08/13  
**Claims Bar Date:** 09/26/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9148 Kipling Way, Machesney Park, IL | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 3 | Blackhawk Bank checking | 250.00 | 1,456.80 | | 0.00 | FA |
| 4 | Household goods and furnishings<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 401K<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 401K<br>Imported from original petition Doc# 1 | 17,503.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 Chevy Taverse 65,000 miles | 22,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Chevy Silverado 38,000 miles<br>Imported from original petition Doc# 1 | 9,000.00 | 6,600.00 | | 5,000.00 | FA |
| 11 | Three computers<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 12 | STOCK AND BUSINESS INTERESTS  (u)<br>   Nicholas has a 50% interest in NTL Buiders.  This business owned 3 parcels of real estate  in 2012: 2115 Windsor Rd LP, 2020 Colorado Rkfd, 377 Orleans Lake Summerset.  Also appears to selling  1661 & 1741 lots on contract | 100.00 | 0.00 | | 0.00 | FA |
| 13 | STOCK AND BUSINESS INTERESTS  (u)<br>   Lawn Force Landscaping LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Other Personal Property (unscheduled)  (u)<br>   May 7, 2013 preference payment to Nicholas Lassandro's mother for $4,000.   Other potential preference payments to mother unknown. | 0.00 | Unknown | | 5,000.00 | FA |
| 15 | TAX REFUNDS  (u)<br>   2013 Federal & State tax refunds. | 0.00 | 7,108.22 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81996  
**Case Name:** LASSANDRO, NICHOLAS T, JR.  
LASSANDRO, EREKA B  
**Period Ending:** 01/13/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/31/13 (f)  
**§341(a) Meeting Date:** 07/08/13  
**Claims Bar Date:** 09/26/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 15  Assets  **Totals** (Excluding unknown values) | $223,983.00 | $15,165.02 | | $10,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 30, 2015  **Current Projected Date Of Final Report (TFR):** October 3, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-81996 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | LASSANDRO, NICHOLAS T, JR. | | **Bank Name:** | Rabobank, N.A. |
| | LASSANDRO, EREKA B | | **Account:** | ******2066 - Checking Account |
| **Taxpayer ID #:** | **-***6870 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 01/13/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/02/14 | | United States Treasury | 2013 tax refund | 1124-002 | 7,108.22 | | 7,108.22 |
| 08/22/14 | 101 | NICHOLAS T. LASSANDRO JR. and EREKA LASSANDRO | return of tax refund pursuant to settlement agreement and debtors amended exemption claims | 8100-002 | | 7,108.22 | 0.00 |
| 08/27/14 | | Nicholas and Ereka Lassandro | settlement per 8/29/14 Order | | 10,000.00 | | 10,000.00 |
| | {10} | | 5,000.00 | 1129-000 | | | 10,000.00 |
| | {14} | | 5,000.00 | 1229-000 | | | 10,000.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,974.68 |
| 11/19/14 | 102 | MEGAN G. HEEG | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 8,224.68 |
| 11/19/14 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $4,100.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,100.00 | 4,124.68 |
| 11/19/14 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $159.40, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 159.40 | 3,965.28 |
| 11/19/14 | 105 | Quantum3 Group LLC as agent for | Dividend paid 10.08% on $2,235.16; Claim# 1; Filed: $2,235.16; Reference: | 7100-000 | | 225.41 | 3,739.87 |
| 11/19/14 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 10.08% on $5,891.73; Claim# 2; Filed: $5,891.73; Reference: 5817 | 7100-000 | | 594.17 | 3,145.70 |
| 11/19/14 | 107 | Quantum3 Group LLC as agent for | Dividend paid 10.08% on $9,083.35; Claim# 3; Filed: $9,083.35; Reference: 6586 | 7100-000 | | 916.03 | 2,229.67 |
| 11/19/14 | 108 | Medical Dental Hospital Bureau | Dividend paid 10.08% on $810.00; Claim# 4; Filed: $810.00; Reference: 58330 | 7100-000 | | 81.69 | 2,147.98 |
| 11/19/14 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 10.08% on $2,459.82; Claim# 5; Filed: $2,459.82; Reference: 3611 | 7100-000 | | 248.07 | 1,899.91 |
| 11/19/14 | 110 | Portfolio Recovery Associates, LLC | Dividend paid 10.08% on $7,800.65; Claim# 6; Filed: $7,800.65; Reference: | 7100-000 | | 786.68 | 1,113.23 |
| 11/19/14 | 111 | Portfolio Recovery Associates, LLC | Dividend paid 10.08% on $11,038.81; Claim# 7; Filed: $11,038.81; Reference: 0576 | 7100-000 | | 1,113.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,108.22 | 17,108.22 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,108.22 | 17,108.22 | |
| | | | Less: Payments to Debtors | | | 7,108.22 | |
| | | | **NET Receipts / Disbursements** | | **$17,108.22** | **$10,000.00** | |

{} Asset reference(s)

Printed: 01/13/2015 03:44 PM   V.13.20

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-81996 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LASSANDRO, NICHOLAS T, JR. | | **Bank Name:** | Rabobank, N.A. |
| | LASSANDRO, EREKA B | | **Account:** | ******2066 - Checking Account |
| **Taxpayer ID #:** | **-***6870 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 01/13/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **Checking # ******2066** | | **17,108.22** | **10,000.00** | **0.00** |
| | | | | | $17,108.22 | $10,000.00 | $0.00 |

{} Asset reference(s)                                                                                                                         Printed: 01/13/2015 03:44 PM    V.13.20